IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHITE CONSOLIDATED INDUSTRIES, INC., <br>                Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY; THE TRAVELERS INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY, f/k/a ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LTD.; CONTINENTAL INSURANCE COMPANY; HARTFORD ACCIDENT & INDEMNITY COMPANY; and TIG INSURANCE COMPANY, as successor by merger to INTERNATIONAL INSURANCE COMPANY, <br>                Defendants. | Civil Action No. 2:96-cv-01026-GD |

## STIPULATION OF DISMISSAL

White Consolidated Industries, Inc., Travelers Indemnity Company, The Travelers Insurance Company, Liberty Mutual Insurance Company, Continental Insurance Company, Hartford Accident & Indemnity Company, TIG Insurance Company, as successor by merger to International Insurance Company, and Zurich American Insurance Company f/k/a Zurich General Accident & Liability Company, Ltd., by their respective attorneys, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that their respective claims against each other in this action be dismissed without prejudice and without costs.

Dated: January 2, 2008

/s/ Vincent Scaglione, Jr.
Vincent Scaglione, Jr., Esquire
vscaglione@dmclaw.com
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272

Koorosh Talieh, Esquire
taliehk@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800
Attorneys for Plaintiff,
White Consolidated Industries, Inc.

/s/ John Sullivan
John Sullivan, Esquire
jsullivan@postschell.com
Stacey Z. Jumper, Esquire
sjumper@postschell.com
POST & SCHELL, P.C.
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
(215) 587-1487
Attorneys for Defendant, Liberty Mutual Insurance Company

/s/Samuel J. Arena, Jr.
Samuel J. Arena, Jr., Esquire
sarena@stradley.com
STRADLEY, RONON, STEVENS
  & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8093

William M. Wycoff, Esquire
wwycoff@thorpreed.com
Kevin P. Allen, Esquire
kallen@thorpreed.com
THORP, REED & ARMSTRONG
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA  15219-1425
(412) 394-7782

Attorneys for Defendants, The Travelers Indemnity
Company and The Travelers Insurance Company

/s/ Charles J. Morrissey
---
Charles J. Morrissey
CMorrissey@karballaw.com
KARBAL, COHEN, ECONOMOU, SILK &
 DUNNE, LLC
200 S. Michigan
20th Floor
Chicago, IL  60604

Thomas V. Gebler, Esquire
tgebler@margolisedelstein.com
MARGOLIS EDELSTEIN
Firm No. 244
310 Grant Street
The Grant Building, Suite 1500
Pittsburgh, PA  15219
(412) 281-4256

Attorney for Defendant, Hartford Accident
& Indemnity Company

/s/ Donald A. Vogelsang
_____

    Donald A. Vogelsang
    dvogelsang@grippoelden.com
    GRIPPO & ELDEN LLC
    111 South Wacker Drive
    Chicago, IL 60606

    Attorneys for Defendant, TIG Insurance,
    as successor by merger to International
    Insurance Company


/s/Charles A. Booth
_____

    Charles A. Booth, Esq.
    cabooth@FMEW.com
    FORD MARRIN ESPOSITO WITMEYER
    & GLESER, LLP
    Wall Street Plaza, 88 Pine Street
    New York, NY 10005
    (212) 269-4900

    Robert Grimm, Esq.
    rgrimm@swartzcampbell.com
    SWARTZ CAMPBELL, LLC
    4750 U.S. Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219
    (412) 232-9800

    Attorneys for Defendant, Continental
    Insurance Co.


/s/James W. Christie
_____

    James W. Christie, Esquire
    jwchristie@cpmy.com
    Rex F. Brien, Esquire
    rfbrien@cpmy.com
    CHRISTIE, PABURNE, MORTENSEN
    and YOUNG, P.C.
    1800 John F. Kennedy Boulevard, 10th Floor
    Philadelphia, PA 19103
    (215) 587-1678

         Attorneys for Defendant, Zurich American
         Insurance Company *f/k/a* Zurich General
         Accident & Liability Company, Ltd.